AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SERVED**

ALIAS SUMMONS IN A CIVIL CASE

CHRISTINA CASTANEDA,

V.

NATIONAL DEALER SERVICES, LLC
A/K/A NATIONAL DEALER PROTECTION

| | |
|---|---|
| CASE NUMBER: | 1:21-cv-03074 |
| ASSIGNED JUDGE: | Hon. John Robert Blakey |
| DESIGNATED MAGISTRATE JUDGE: | Hon. Young B. Kim |

TO: (Name and address of Defendant)

NATIONAL DEALER SERVICES, LLC
A/K/A NATIONAL DEALER PROTECTION
c/o REGISTERED AGENT
ALAN L WILLIAMS
3033 5TH AVE STE 270
SAN DIEGO CA 92103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Victor T. Metroff
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



June 24, 2021

DATE

# UNITED STATES DISTRICT COURT
## for the
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **CHRISTINA CASTANEDA,** </br> *Plaintiff* </br></br> v. </br></br> **NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION** </br> *Defendant* | Civil Action No. 1:21-cv-03074 |

## AFFIDAVIT OF SERVICE

I, Andrew Vartgess, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on National Dealer Services, LLC in San Diego County, CA on July 6, 2021 at 9:13 am at 3033 Fifth Ave, Suite 270, San Diego, CA 92103 by leaving the following documents with John Mayer who as General Manager at Law Offices of Alan Williams is authorized by appointment or by law to receive service of process for National Dealer Services, LLC.

ALIAS SUMMONS IN A CIVIL CASE and COMPLAINT

Additional Description:
Served John Mayer, authorized to accept service for registered agent Alan Williams.

White Male, est. age 48, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 9" to 6'.
Geolocation of Serve: http://maps.google.com/maps?q=32.7372845449,-117.1604509001
Photograph: See Exhibit 1


I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  San Diego County , CA  on  7/11/2021 .

*Andrew Vartgess*
Signature
Andrew Vartgess
(858) 568-5954