UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA CASTANEDA,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION,<br><br>    Defendant. | Case No. 1:21-cv-03074<br><br>Honorable Judge John Robert Blakey |

## PLAINTIFF'S STATUS REPORT

Pursuant to this Court's Order dated July 22nd, 2021 [Dkt 8], Plaintiff, CHRISTINA CASTANEDA ("Plaintiff")submits the following status report:

1. Plaintiff filed her Complaint against Defendant, NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION ("Defendant") on June 8, 2021. [Dkt. 1]

2. Defendant was served with the Complaint on July 6, 2021. [Dkt. 6]

3. Defendant's Answer was due on or before July 27, 2021.

4. Defendant has yet to appear in this case.

5. Plaintiff's counsel was informed by Defendant's corporate representative that Defendant believes that Plaintiff sued the wrong entity.

6. After further investigation, Plaintiff believes she sued the correct entity.

7. Plaintiff intends on filing a Request for Clerk's Entry of Default within 21 days should Defendant fail to appear.

Dated: August 31, 2021					Respectfully submitted,

<p style="margin-left: 40%;"><u>*By: /s/ Victor T. Metroff*</u><br>
Victor T. Metroff, Esq.<br>
Mohammed O. Badwan, Esq.<br>
Sulaiman Law Group, Ltd. 2500 S.<br>
Highland Avenue, Suite 200<br>
Lombard, IL 60148<br>
Phone: (630) 575-8181<br>
Fax: (630) 575-8188<br>
vmetroff@sulaimanlaw.com<br>
mbadwan@sulaimanlaw.com<br>
*Counsel for Plaintiff*</p>