# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRISTINA CASTANEDA, | |
| Plaintiff, | Case No. 1:21-cv-03074 |
| v. | Honorable Judge John Robert Blakey |
| NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, CHRISTINA CASTANEDA, hereby dismisses her claims against Defendant, NATIONAL DEALER SERVICES, LLC A/K/A NATIONAL DEALER PROTECTION, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), without prejudice.

Dated: November 3, 2021

Respectfully submitted,

**CHRISTINA CASTANEDA**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com